UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| JEFFREY PATTERSON,<br><br>        Plaintiff,<br><br>vs.<br><br>NORTH GEORGIA COMMUNITY ACTION, INC.,<br><br>        Defendant. | CIVIL ACTION FILE<br><br>NO. 2:13-cv-230-WCO |

## J U D G M E N T

This action having come before the court, Honorable William C. O'Kelley, Senior United States District Judge, for consideration of the Joint Motion for Settlement Approval, and the court having granted said motion, it is

**Ordered and Adjudged** that the civil action is settled, and the action be, and the same hereby, is **dismissed**.

Dated at Gainesville, Georgia, this 18th day of July, 2014.

                                            JAMES N. HATTEN
                                            CLERK OF COURT

                                          By:  s/Stacey Kemp
                                                   Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  July 18, 2014
JAMES N. HATTEN
Clerk of Court

By:    s/Stacey Kemp
         Deputy Clerk